McDade *vs.* The Georgia Railroad.

McDade *vs.* The Georgia Railroad Company.

Under the evidence, and the law applicable thereto as heretofore expounded by this court in this same case, the grant of a new trial, on even a third verdict for the plaintiff, followed legally and logically. It would have been an improper exercise of discretion not to grant it. In this state, the employee of a railroad company who receives a physical injury, partly by his own fault, and partly by the fault of other servants or employees of the company, cannot recover.

Railroads. New trial. Before W. L. Calhoun Esq., Judge *pro hac vice.* DeKalb Superior Court. September Term, 1877.

Report unnecessary.

Jno. T. Glenn; John A. Stephens; L. J. Winn, for plaintiff in error.

Candler & Thomson; Henry Hillyer, for defendant.

Bleckley, Judge.

The law of this case was settled in 59 *Ga.*, 73. A third verdict for the plaintiff has no sacredness, where the law is against a recovery. It is impossible for the employee of a railroad company to maintain an action for a personal injury, unless he was himself free from fault. The fault of the

plaintiff, in view of his obligation to obey orders, is not a doubtful question. In a land of law, there is protection to a corporation as well as to the poorest citizen. The presiding judge performed his duty in granting a new trial. We shall support him.

Judgment affirmed.